UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIRKPATRICK DUNBAR,<br><br>                              Plaintiff,<br><br>v.<br><br>YANKEE TWO DELI INC., et al.,<br><br>                              Defendants. | 24-CV-3870 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On June 7, 2024, Plaintiff filed affidavits of service. *See* ECF Nos. 6, 7. Defendants' answers were due on June 21 and June 24, 2024. *See* ECF Nos. 6, 7. Those dates have now passed, and Defendants have yet to appear.

Accordingly, by **July 9, 2024**, Plaintiff is hereby **ORDERED** to file on ECF a letter updating the Court on the status of the case. The letter shall address (1) whether this case has settled or otherwise been terminated, (2) whether there have been any communications with the Defendant(s), and (3) whether Plaintiff intends to move for default judgment or to voluntarily dismiss this case.

SO ORDERED.

Dated: June 25, 2024
       New York, New York

_____
DALE E. HO
United States District Judge