# THE MARKS LAW FIRM, P.C.

February 7, 2025

*FILED VIA ECF*
Hon. Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 17D
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/10/2025

**MEMO ENDORSED**

    **RE**: **Dunbar v. Yankee Two Deli Inc., et al.**
           Index: 1:24-cv-03870-DEH

Dear Judge Parker,

    Pursuant to Section I(c) of Your Honor's Individual Part Rules and Practices ("Requests for Adjournments or Extensions of Time"), Plaintiff respectfully requests an adjournment of the telephonic conference scheduled on February 20, 2025 at 4 P.M., in accordance with Your Honor's Order dated February 5, 2025 [Dkt.30] and the Court's February 7, 2025 Email.

    This request is being made because, upon review and preparation for the next two weeks of appearances/deadlines, Plaintiff's Counsel noticed there was a conflict with the February 20, 2025 conference, as he is currently scheduled to be out of the country with limited phone/computer access from February 18, 2025, to February 22, 2025. Once aware of said conflict, our office immediately contacted Howard Chun, Esq. (Counsel for Defendants) to request consent; however, we have not yet received a response.

    In light of the above, it is respectfully requested that the conference on February 20, 2025, be adjourned to a date/time after **February 22, 2025**, or a date convenient for this Court. This is the first request of its kind to adjourn.

Thank you for your consideration and attention to the above.

                                    Respectfully Submitted,

                                    The Marks Law Firm, P.C.

                                    By:_____
                                      Bradly G. Marks

CC:    *VIA ECF PACER*
        All Parties

155 East 55th Street, Suite 4H, New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com

**APPLICATION GRANTED:** The Pre-settlement telephone conference in this matter scheduled for Thursday, February 20, 2025 at 4:00 p.m. is hereby rescheduled to **Monday, February 24, 2025 at 3:30 p.m.** Counsel for the parties will be emailed the call in information by Judge Parker's chambers prior to the scheduled conference date.

APPLICATION GRANTED

*[Signature: Katharine H. Parker]*

Hon. Katharine H. Parker, U.S.M.J.

02/10/2025