## KAPLAN & CHUN, P.C.
Attorneys at Law
610 East 5th Street, 1st Floor
New York, NY 10009
(212) 777-0320
(212) 674-1729 – fax

Benjamin R. Kaplan (Retired)

Howard C. Chun (NY and NJ)
howard@kaplanchun.com

April 8, 2025

Hon. Katharine H. Parker
Southern District
500 Pearl Street
New York, NY 10007

RE: Dunbar v. Yankee Two Deli Inc., et al
    24 cv: 03870

Dear Judge Parker:

I am the attorney for Defendant 122 Assets LLC. I write this letter to state that I will be engaged in a trial in Housing Court entitled 147 Essex Street Realty Corp. v. Vinita Mathew, index number 324080-2023 in New York County. This matter was already scheduled before our mediation date, but at that time I was informed that it would finish before 1pm. Now I believe it will not finish before then and I will be unable to attend the mediation. I apologize for the inconvenience to everyone.

Please reschedule this matter to a mutually agreeable date to hopefully resolve this case.

Thank you for your attention.

Very truly yours,

*Howard Chun s/*
Howard Chun

---

**APPLICATION GRANTED:** The settlement conference in this matter scheduled for Wednesday, April 9, 2025 at 2:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Wednesday, June 25, 2025 at 10:00 a.m.</u> Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>June 18, 2025 by 5:00 p.m.</u>

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.     04/09/2025