```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/03/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

KIRKPATRICK DUNBAR,

                        Plaintiff,

      -against-

YANKEE TWO DELI INC., et al.,

                        Defendants.
------------------------------------------------------------------X

**ORDER SCHEDULING SETTLEMENT STATUS TELEPHONE CONFERENCE**

**24-CV-3870 (DEH)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A telephonic Settlement Status Conference in this matter is hereby scheduled for **Wednesday, September 10, 2025 at 3:00 p.m.**  Counsel for the parties will be emailed the call-in information for this proceeding**.**

SO ORDERED.

Dated: September 3, 2025
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge