```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/07/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

KIRKPATRICK DUNBAR,

                         Plaintiff,

   -against-

YANKEE TWO DELI INC., et al.,

                        Defendants.
------------------------------------------------------------------X

**ORDER RESCHEDULING SHOW CAUSE HEARING**

24-CV-3870 (DEH)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Show Cause Hearing in this matter to determine if the Defendants violated the settlement agreement scheduled for Tuesday, October 7, 2025, at 11:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to **Monday, October 27, 2025, at 4:00 p.m.**

    **SO ORDERED.**

Dated: October 7, 2025
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge